### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**APPLIED TECHNOLOGY
GROUP INCORPORATED**                                                    **PLAINTIFF**

**v.**                    **CASE NO. 4:24-CV-001118-BSM**

**SEAN SAMMLER**                                                        **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE